# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. CHARLES L. TEMPLE, an individual, | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   **Case No. 18-CV-24-SPS** |
| v. | ) |
| | ) |
| 1. C & C TRANSPORTATION, INC., a | ) |
| Domestic corporation, | ) |
| | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL
## WITH PREJUDICE BY ALL PARTIES

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff, Charles L. Temple, and Defendant, C & C Transportation, Inc., being all the parties who entered an appearance in the above-referenced proceeding, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by any pleading entered or filed in this proceeding, with prejudice to refiling. Each party agrees to be and remain responsible for his or its own attorney's fees and costs incurred in this matter.

**Respectfully submitted:**

| | |
|---|---|
| **ARMSTRONG & VAUGHT, P.L.C.** | **STEIDLEY & NEAL, P.L.L.C.** |
| | |
| By: _s/ Charles C. Vaught_ | By: _s/ Clark W. Crapster_ |
| **Charles C. Vaught, OBA No. 19962** | (*signed by filing attorney with permission*) |
| 2727 East 21st Street, Suite 505 | **Clark W. Crapster, OBA No. 22112** |
| Tulsa, OK 74114 | CityPlex Towers, 53rd Floor |
| (918) 582-2500 – *Telephone* | 2448 East 81st Street |
| (918) 583-1755 – *Facsimile* | Tulsa, OK 74137 |
| cvaught@a-vlaw.com | (918) 664-4612 – *Telephone* |
| *Attorney for Plaintiff* | (918) 664-4133 – *Facsimile* |
| | cwc@steidley-neal.com |
| | *Attorney for Defendant* |